# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEAZAR DOLORES and MOISES DOLORES, individually, and on behalf of similarly-situated employees,<br><br>                                      Plaintiffs,<br><br>        v.<br><br>JSCM CORP., d/b/a TAL BAGELS, INC., HAE JOO MINN, and SUNG KEY MINN,<br><br>                                      Defendants. | Case No.: 17-cv-4152 (GHW) |

## DECLARATION OF HOPE A. PORDY, ESQ.

HOPE A. PORDY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.      I submit this Declaration in Support of the Settlement Agreement in the above-captioned matter. I served as lead counsel and this Declaration is intended to supplement and provide further support to the parties' Joint Letter in support of the Settlement Agreement, dated October 12, 2017. I am fully familiar with the facts and circumstances related herein in connection with the above-captioned matter as well as the legal and paralegal services performed by Spivak Lipton LLP and the expenses incurred on behalf of the plaintiffs.

2.      I am currently a Partner at the law firm of Spivak Lipton LLP, and have been associated with the firm since July 2003.  The law firm of Spivak Lipton is devoted to the practice of labor and employment law on behalf of employees, unions and employee benefit funds. Spivak Lipton represents clients ranging from individuals, local and international unions and multi-employer pension and welfare funds in both the private and public sector.  The firm's

attorneys litigate in federal and state courts and before various administrative agencies (e.g.,

National Labor Relations Board, Equal Employment Opportunity Commission).

3.      I was associated with the law firm of Lewis, Greenwald, Clifton & Nikolaidis, P.C.

("Lewis Greenwald"), from January 1998 to December 2001 and became a Partner of the firm in

January 2002.  Prior to my employment at Lewis Greenwald, I worked for two and one-half years

as a staff attorney for the National Treasury Employees Union and for one year as a staff attorney

for the Minnesota Public Interest Research Group.

4.      I graduated from Fordham University School of Law in May of 1994.  I was

admitted to the bar of the State of New York in 1995; bar of the State of New Jersey in 1994; and

the bar of the State of Vermont in 2016.  I am admitted to practice before the United States

District Court for the Southern and Eastern Districts of New York, the Second Circuit Court of

Appeals, the Third Circuit Court of Appeals and the District of New Jersey.  There are no

disciplinary or grievance proceedings that have been filed or are pending against me in any court.

5.      I have over twenty-three (23) years of experience litigating employment law cases.

My current practice areas include a wide range of labor and employment law issues, including

wage and hour claims, executive compensation, employment discrimination, wrongful

termination and collective bargaining.  I have represented clients ranging from individuals, multi-

plaintiff groups and unions in state and federal court, arbitration and administrative proceedings.

6.      I have served as lead counsel in several FLSA collective actions and multi-plaintiff

cases against private sector employers which in many instances also involved claims of state law

wage and hour violations. *See, e.g., Gokhberg, et al. v. The PNC Financial Services Group,* 15-

cv-01700 (AJS)(FLSA & NY Lab.Law); *Javier Gonzalez, et al. v. Loving Hut 7th Ave, Inc., et

al.,* Case No. 16-cv-0021 (KBF) (FLSA NY Lab. Law); *Ayala Delgado et al. v. D&D Thai*

*Restaurant Corp. et al.*, Case No. 11-CV-01117 (PAE)(FLSA & NY Lab.Law); *Neftali Delfino Baten, et al. v. BDJVEGAN1, Inc., et al.* Case No. 15-cv-0625 (TPG)(FLSA & NY Lab.Law); *Francisco Guzman, et al. v. Lenny's 74th Street LLC, et al.* Case No. 10-CV-08290 (NRB) (FLSA, PA Minimum Wage Payment Act & NY Lab.Law); *Adrian Evangelista, et al. v. D&D Thai Restaurant Corp., et al.* Index No. 150261/15 (FLSA & NY Lab.Law).

7.      I have also served as lead counsel and represented thousands of public sector workers in cases brought under the FLSA. *See, e.g., Foster, et al. v. City of New York,* Case No.: 14-CV-4142 (PGG) (FLSA claims on behalf of approximately 1315 Child Protective Specialists & Child Protective Specialists employed by the Administration for Children Services); *De La Cruz, et al. v. City of New York,* Case No.: 14-CV-9220 (PGG) (FLSA case on behalf of approximately 912 Job Opportunity Specialists employed by the Human Resources Administration); *Worley, et al. v. City of New York,* Case No. 17-cv-04337 (LGS) (FLSA case on behalf of approximately 4200 NYPD School Safety Agents); *Martin et al. v. City of New York,* Case No.: 14-CV-8940 (TPG)(AJP)(FLSA claims on behalf of 588 employees of the Department of Homeless Services); *Robinson v. New York City Housing Authority ("NYCHA"),* Case No.: 15-CV-4543 (JPO)(FLSA claims on behalf of 218 NYCHA employees); *Norma Lynch, et al. v. The City of New York,* Case No.: 15-CV-05677 (KBF)(FLSA claims on behalf of approximately 40 Department Homeless Services employees); *Blair, et al. v. City of New York*, Case No. 08-Civ-10692(RJS)(FLSA claims on behalf of approximately 50 employees of the Department of Juvenile Justice); *Boucaud, et al. v. City of New York and the New York City Department of Juvenile Justice*, Case No. 07-CV-11098 (RJS)(MHD)(FLSA claims on behalf of approximately 100 employees of the Department of Juvenile Justice).

8.     In addition to my law firm practice, I am actively involved in the legal community, particularly, in connection with my wage and hour litigation experience and expertise. I have appeared as a Speaker on various labor and employment topics, including wage and hour issues:

- Panelist, "*Tipping Points: Should the Law on Tipping Stay or Go*?," American Bar Association Annual Labor and Employment Conference (Nov. 2016)

- Moderator/Speaker, with The Honorable M. Patricia Smith, "*DOL Final Rule on Overtime Exemptions*" American Bar Association, Webinar (July 2016)

- Moderator/Speaker, with The Honorable M. Patricia Smith, "*Are Unpaid Internships Still Viable?*" American Bar Association Annual Labor and Employment Conference (Nov. 2015)

- Speaker, "*A Conversation with the Solicitor of Labor The Honorable M. Patricia Smith*," National Employment Lawyers Association (NELA) Conference (April 2015)

- Moderator, "*Wage & Hour Basics under the FLSA*," ABA Labor & Employment Conference (Nov. 2014)

- Moderator, "*DOL and Other Perspectives on Independent Contractor Misclassification*," with DOL Deputy Solicitor, sponsored by ABA Labor & Employment Section (May 2013)

- Moderator, "*Whose (FLSA) Liability is it Anyway?*" ABA Labor & Employment Conference (Nov. 2011)

- Moderator, "*Crash Course in Wage and Hour Laws*," ABA Labor & Employment Conference (Nov. 2010)

- Speaker, "*The Anti-Retaliation Provision of the Fair Labor Standards Act: the Supreme Court case of Kevin Kasten v. Saint Gobain*," American Arbitration Association (Oct. 2010)

9.     My other professional accomplishments include serving as a contributing editor to the National Lawyers' Guild, <u>Employee and Union Member Guide to Labor Law</u>, West Publications (2004-2014), including a chapter on the FLSA. I am also an active member of various professional associations. From 2006 to 2015, I served as a Co-Chair of the American Bar

Association's Federal Labor Standards Legislation Committee/Section on Labor and Employment, which has jurisdiction over the FLSA and other federal employment statutes. I am currently a Co-Chair of the American Bar Association's Leadership Development Program and was a selected participant in the program in 2014. I am also an active member of the AFL-CIO Lawyers' Coordinating Committee and the New York Chapter of the National Employment Lawyers' Association.

10.     I have been the principal attorney at Spivak Lipton working on this matter and have been involved with the case since its inception. I have kept contemporaneous time records of all time billed to the case and records of all expenses incurred.

11.     Attached hereto as Attachment A is a complete and detailed list of hours and services performed by all attorneys and the hours and services performed by a paralegal assigned to the case, Cara Morgan, as well as a legal assistant who also served as a translator, Melinda Rodriguez.  Ms. Morgan's responsibilities primarily included preparing and revising damages calculations and reviewing time and payroll records.  Ms. Morgan graduated from the University of Vermont in 2014 with a Bachelor of Arts in Sociology and Political Science and is highly skilled in Excel and other database programs for purposes of damages calculations. Ms. Rodriguez's responsibilities primarily included translating in meetings with clients, handling plaintiff inquiries via phone and voicemail, assistance in preparing legal correspondence, assisting in preparing damage calculations and translation of correspondence with plaintiffs, filing court documents, indexing Defendants' document production and preparation of exhibits for depositions. Ms. Rodriguez joined Spivak Lipton as a Legal Assistant in early 2014 and has over twenty (20) years of experience working as a legal secretary/paralegal. She is a graduate of Monroe College with a degree in Business Administration and is bilingual in English and

Spanish. Tasks assigned to Ms. Morgan and Ms. Rodriguez minimized attorney time on the case.
All time has been recorded on a tenth of an hour basis.

12.    Applying the lodestar formula, the amount of attorneys' fees (inclusive of
paralegal time) in the case through September 29, 2017, are $18,185.00 and the expenses are
$697.20. The rate applied for calculating fees based on the lodestar formula are $400 per hour for
the undersigned, and $100 for paralegals Melinda Rodriguez and Cara Morgan. Spivak Lipton is
handling this case on a bifurcated contingent fee basis and as provided for under plaintiffs'
retainer agreements, is recovering approximately twenty-five percent (25%) of all monies
recovered as its fee in light of the resolution of the case prior to discovery.

13.    All of the time expended on this case has been done in a reasonable and efficient
manner.

14.    To date, Plaintiffs' counsel's work consisted of, without limitation: filing of the
Complaint; meeting with Plaintiffs throughout the litigation; reviewing time and payroll records;
conducting legal research; production of documents pursuant to the Mediation Order;
communications with the Mediator including a pre-mediation conference call with defense
counsel; multiple communication with defense counsel; and preparing the settlement papers and
communications with the Court.

15.    For employment law matters not handled on a contingency fee basis, including
wage and hour claims, the standard billing rate for the undersigned is $450 per hour.

WHEREFORE, your declarant respectfully requests that the Settlement Agreement be
approved.

Dated:  New York, New York
        October 12, 2017

SPIVAK LIPTON LLP

By: /s/ Hope Pordy
Hope Pordy
1700 Broadway, 21st Floor
New York, New York, 10019
Tel:  (212) 765-2100
hpordy@spivaklipton.com
*Attorneys for Plaintiffs*

# Attachment A

10/10/2017                                    Spivak Lipton LLP
4:11 PM                                      Pre-Bill Worksheets                              Page    1

| Nickname | Tal Bagels (nr) \| 452 |
| Full Name | Tal's Bagels |
| Address | |
| Office | Fax |
| Home | Other |
| In Ref To | |
| Last bill | |
| Last charge | 10/5/2017 |
| Last payment | 5/30/2017 | Amount | $100.00 |

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: none** | | | | | |
| 4/3/2017 997630 | HP Time | 400.00 | 1.00 | $400.00 | Billable |
| | Intra-office conference with C. Morgan re: preparation of damages summary; Meeting with client. | | | | |
| 4/3/2017 1001211 | CM Time | 100.00 | 0.60 | $60.00 | Billable |
| | Create damages calculations. | | | | |
| 4/19/2017 998531 | HP Time | 400.00 | 0.40 | $160.00 | Billable |
| | Intra-office conference with M. Rodriguez re: Complaint Preparation. | | | | |
| 4/26/2017 998594 | HP Time | 400.00 | 0.30 | $120.00 | Billable |
| | Intra-office conference with C. Morgan re: damages calculations; E-mails with M. Rodriguez re: draft Complaint. | | | | |
| 4/26/2017 1001268 | CM Time | 100.00 | 0.20 | $20.00 | Billable |
| | Revise damages; Intra-office conference with Hope Pordy. | | | | |
| 4/27/2017 998612 | HP Time | 400.00 | 1.50 | $600.00 | Billable |
| | Review and edit Draft Complaint. | | | | |
| 5/11/2017 1000010 | HP Time | 400.00 | 0.30 | $120.00 | Billable |
| | Intra-office conference with M. Rodriguez re: additional named plaintiff/meeting. | | | | |
| 5/15/2017 1000019 | HP Time | 400.00 | 0.40 | $160.00 | Billable |
| | Review timesheets from Client; Intra-office conference with M. Rodriguez re: damages calculations. | | | | |
| 5/15/2017 1001309 | CM Time | 100.00 | 1.40 | $140.00 | Billable |
| | Review time records from Moises; Revise damages re: same. | | | | |

10/10/2017                                          Spivak Lipton LLP
4:11 PM                                           Pre-Bill Worksheets                                    Page      2

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total | |
|---|---|---|---|---|---|---|
| 5/18/2017 1000076 | HP Time Prepare Declaration for Moises Dolores. | 400.00 | 1.00 | $400.00 | | Billable |
| 5/19/2017 1000100 | HP Time Intra-office conference and e-mails with M. Rodriguez re: meeting with clients; Revise Moises Dolores Declaration. | 400.00 | 1.00 | $400.00 | | Billable |
| 5/19/2017 1001447 | CM Time Revise damages. | 100.00 | 0.20 | $20.00 | | Billable |
| 5/19/2017 1002072 | MR Time Draft complaint for Hope Pordy review. | 100.00 | 1.40 | $140.00 | | Billable |
| 5/22/2017 1000113 | HP Time Revise Moises Declaration; Intra-office conference with C. Morgan re: damages calculations. | 400.00 | 0.70 | $280.00 | | Billable |
| 5/24/2017 999971 | MR Time Meeting with Eleazar Dolores re: retainer deposit. | 100.00 | 0.25 | $25.00 | | Billable |
| 5/30/2017 999970 | MR Time Meeting with Hope Pordy and clients, Eleazar Dolores and Moises Dolores re: Declaration and Paid Sick leave complaints. | 100.00 | 1.50 | $150.00 | | Billable |
| 5/30/2017 1001124 | HP Time Meeting with clients to review Complaint and Certification Declaration; Revise Complaint and Declaration. | 400.00 | 1.70 | $680.00 | | Billable |
| 6/1/2017 1001631 | HP Time Revise and finalize Complaint. | 400.00 | 1.50 | $600.00 | | Billable |
| 6/1/2017 1002073 | MR Time Revisions to complaint and Declaration of Moises Dolores. | 100.00 | 1.10 | $110.00 | | Billable |
| 6/2/2017 1001649 | HP Time Revise and finalize Complaint, Civil Cover Sheet and Summons; E-mails with Melinda Rodrguez re: same; Review ECF Notices (4) re: filing of Complaint. | 400.00 | 1.50 | $600.00 | | Billable |

10/10/2017                                     Spivak Lipton LLP
4:11 PM                                       Pre-Bill Worksheets
                                                                                        Page      3

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/2/2017 1002076 | MR Time Revisions and filing of Summonses and Complaint. | 100.00 | 0.60 | $60.00 | Billable |
| 6/5/2017 1001945 | HP Time Telephone conference with DCA re: paid sick leave complaints; E-mail to DCA re: filing of complaints. | 400.00 | 0.40 0.40 | $160.00 $160.00 | Do Not Bill |
| 6/5/2017 1001950 | HP Time Review ECF Notices (8) re: Judge assignment, filings and summons; Review Judge Woods' individual Rules; Intra-office conference with M. Rodriguez re: service of Complaint. | 400.00 | 0.50 | $200.00 | Billable |
| 6/5/2017 1002077 | MR Time Filed Paid Sick Leave Complaints for Eleazar Dolores and Moises Dolores. | 100.00 | 0.20 0.20 | $20.00 $20.00 | Do Not Bill |
| 6/7/2017 1002078 | MR Time Telephone call with Moises Dolores and Eleazar Dolores; Draft correspondence to Process Server with Summonses and Complaint to serve. | 100.00 | 0.20 | $20.00 | Billable |
| 6/13/2017 1002445 | HP Time Intra-office conference with M. Rodriguez re: calls with clients re: possible retaliation. | 400.00 | 0.20 | $80.00 | Billable |
| 6/14/2017 1002541 | HP Time Telephone conference with Eleazor re: case status. | 400.00 | 0.30 | $120.00 | Billable |
| 6/16/2017 1002571 | HP Time E-mails with DCA re: sick leave complaints; Intra-office conference with M. Rodriguez. | 400.00 | 0.40 0.40 | $160.00 $160.00 | Do Not Bill |
| 6/22/2017 1002884 | HP Time Review and revise paid sick leave questionnaire. | 400.00 | 0.40 0.40 | $160.00 $160.00 | Do Not Bill |
| 6/23/2017 1002903 | HP Time Review and revise responses by Moises Dolores re: paid sick leave complaint; E-mail with DCA re: same. | 400.00 | 0.50 0.50 | $200.00 $200.00 | Do Not Bill |
| 6/26/2017 1002920 | HP Time Review ECF Notice re: filing of Affidavit of Service. | 400.00 | 0.10 | $40.00 | Billable |

10/10/2017                                 Spivak Lipton LLP
4:11 PM                                   Pre-Bill Worksheets                        Page      4

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/29/2017 1004148 | HP Time | 400.00 | 0.83 0.83 | $332.00 $332.00 | Do Not Bill |
| | Review DCA questions re sick leave complaint & notes re client calls; Revise questionnaires. | | | | |
| 6/30/2017 1004159 | HP Time | 400.00 | 0.70 0.70 | $280.00 $280.00 | Do Not Bill |
| | Emails with M.Rodriguez re finalizing 2nd Questionnaire; Emails with DCA re investigation. | | | | |
| 7/3/2017 1004449 | HP Time | 400.00 | 0.20 | $80.00 | Billable |
| | E-mail exchange with Defense counsel re: early settlement proposals. | | | | |
| 7/5/2017 1004454 | HP Time | 400.00 | 0.40 | $160.00 | Billable |
| | Telephone conference with Defense Counsel; Review e-mail and Stipulation to Extend Time to Answer. | | | | |
| 7/7/2017 1005297 | HP Time | 400.00 | 0.30 | $120.00 | Billable |
| | E-mails with M. Rodriguez re: stipulation to extend time to answer. | | | | |
| 7/10/2017 1006105 | HP Time | 400.00 | 0.30 | $120.00 | Billable |
| | E-mail to Defense counsel re: Stipulation; Review ECF Notice and Court order re: Stipulation. | | | | |
| 7/11/2017 1006121 | HP Time | 400.00 | 0.30 0.30 | $120.00 $120.00 | Do Not Bill |
| | E-mails with DCA re: paid sick leave complaint. | | | | |
| 7/14/2017 1006171 | HP Time | 400.00 | 0.10 | $40.00 | Billable |
| | Review ECF Notice re: Notice of Appearance. | | | | |
| 7/14/2017 1006173 | HP Time | 400.00 | 0.20 0.20 | $80.00 $80.00 | Do Not Bill |
| | E-mails with DCA re: status of paid sick leave investigation. | | | | |
| 7/17/2017 1006226 | HP Time | 400.00 | 0.40 | $160.00 | Billable |
| | Review Mediation Order; E-mail to Defense Counsel re: Mediation Order. | | | | |
| 7/19/2017 1006258 | HP Time | 400.00 | 0.50 | $200.00 | Billable |
| | Review ECF Notices (2) re: Mediator Assignment; Review Mediation Program Procedures; E-mail exchange with Defense counsel re: mediation meet and confer. | | | | |

10/10/2017                                    Spivak Lipton LLP
4:11 PM                                       Pre-Bill Worksheets
                                                                              Page      5

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/20/2017 1006277 | HP Time<br>E-mails with Mediator re: scheduling mediation session. | 400.00 | 0.30 | $120.00 | Billable |
| 7/24/2017 1006402 | HP Time<br>Review e-mail from Z. Tortora re: mediation dates. | 400.00 | 0.10 | $40.00 | Billable |
| 7/25/2017 1006419 | HP Time<br>Telephone conference with Defense counsel re: mediation and document production; Prepare for call with Defense counsel; Review e-mail from Mediator re: mediation date. | 400.00 | 0.60 | $240.00 | Billable |
| 7/26/2017 1006432 | HP Time<br>Review M. Dolores punch records. | 400.00 | 0.30 | $120.00 | Billable |
| 8/3/2017 1007033 | HP Time<br>E-mails with Mediator re: confirmation of 9/15 mediation and pre-mediation call; Intra-office conference with M. Rodriguez re: meeting with clients. | 400.00 | 0.40 | $160.00 | Billable |
| 8/3/2017 1010654 | MR Time<br>Telephone call with Eleazar Dolores re: meeting to discuss Mediation. | 100.00 | 0.10 | $10.00 | Billable |
| 8/4/2017 1007042 | HP Time<br>Meeting with clients; E-mails with Mediator; Letter to Defense counsel re: retaliation. | 400.00 | 2.00 | $800.00 | Billable |
| 8/4/2017 1010655 | MR Time<br>Translated for meeting with Hope Pordy and Eleazar Dolores re: mediation. | 100.00 | 1.20 | $120.00 | Billable |
| 8/7/2017 1007751 | HP Time<br>Review ECF Notice re: Notice of Appearance on behalf of E. Gorman; Telephone conference with Defense counsel (paralegal) re: request to extend time to answer; Review ECF Notice re: scheduling of mediation. | 400.00 | 0.50 | $200.00 | Billable |
| 8/11/2017 1007847 | HP Time<br>Review ECF Notices (2) re: Answer and Corporate Disclosure Statement. | 400.00 | 0.20 | $80.00 | Billable |

10/10/2017 — Spivak Lipton LLP — Pre-Bill Worksheets — Page 6
4:11 PM

Tal Bagels (nr): Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/14/2017 1007851 | HP Time Review Deposition Notice for Plaintiffs. | 400.00 | 0.10 | $40.00 | Billable |
| 8/15/2017 1007824 | MR Time Started reviewing Defendants' document production. | 100.00 | 0.40 | $40.00 | Billable |
| 8/15/2017 1007852 | HP Time Prepare documents for production pursuant to Mediation Order; Intra-office conference with M. Rodriguez; Review Defendant's production; Telephone conference with Z. Tortora. | 400.00 | 1.00 | $400.00 | Billable |
| 8/15/2017 1007878 | CM Time Intra-office conference with M. Rodriguez re: damages. | 100.00 | 0.30 | $30.00 | Billable |
| 8/16/2017 1007825 | MR Time Review and re-calculate Defendants' document production of time records. | 100.00 | 6.40 | $640.00 | Billable |
| 8/16/2017 1007854 | HP Time Finalize documents for preparation for production pursuant to Mediation Order; Finalize damages calculations; Prepare Settlement Demand; Review of Defendant's document production; E-mail exchange with Z. Tortora. | 400.00 | 1.50 | $600.00 | Billable |
| 8/17/2017 1007826 | MR Time Continue to calculate Defendants' document production of time records; Put together and serve Plaintiffs' Response to Document Production per Mediation Order. | 100.00 | 7.00 | $700.00 | Billable |
| 8/17/2017 1007856 | HP Time Finalize response to Mediation Order; Review Answer and Mark Complaint; Finalize damages calculations; Intra-office conference with Glenda Malave and M. Rodriguez; E-mail to Defense counsel. | 400.00 | 4.00 | $1,600.00 | Billable |
| 8/18/2017 1007858 | HP Time E-mail exchange with DCA. | 400.00 | 0.20 0.20 | $80.00 $80.00 | Do Not Bill |
| 8/22/2017 1008062 | HP Time E-mail to Defense counsel re: damages calculations. | 400.00 | 0.10 | $40.00 | Billable |

10/10/2017                                    Spivak Lipton LLP
4:11 PM                                        Pre-Bill Worksheets
                                                                              Page      7

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/23/2017 1008078 | HP Time E-mails re: attendance at mediation. | 400.00 | 0.20 | $80.00 | Billable |
| 8/24/2017 1007879 | CM Time Review and revise damages; Intra-office conference with M. Rodriguez re: same. | 100.00 | 1.40 | $140.00 | Billable |
| 8/24/2017 1007880 | MR Time Compare and revisions to Moises Dolores' time schedule for damages. | 100.00 | 1.00 | $100.00 | Billable |
| 8/24/2017 1008089 | HP Time Telephone conference with Defense counsel re: damages calculations (14 minutes); Review of damages with C. Morgan and M. Rodriguez and fees to prepare for telephone conference; E-mail to Defense counsel with settlement demand. | 400.00 | 1.00 | $400.00 | Billable |
| 8/25/2017 1008096 | HP Time Review e-mails from Defense counsel re: settlement. | 400.00 | 0.10 | $40.00 | Billable |
| 8/25/2017 1008877 | HP Time Review e-mails from Defense counsel re: settlement. | 400.00 | 0.10 | $40.00 | Billable |
| 8/29/2017 1008346 | CM Time Prepare various settlement scenarios; Intra-office conference with Hope Pordy re: same. | 100.00 | 0.90 | $90.00 | Billable |
| 8/29/2017 1008908 | HP Time Telephone conference with Mediator; Intra-office conference with C. Morgan re: settlement scenarios and review revised calculations. | 400.00 | 0.60 | $240.00 | Billable |
| 8/30/2017 1008264 | MR Time Telephone call with Eleazar Dolores (.06); Translated on conference call with Eleazar Dolores and Hope Pordy (.12) | 100.00 | 0.30 | $30.00 | Billable |
| 8/30/2017 1008920 | HP Time Telephone conference with E. Dolores; E-mail to Defense counsel. | 400.00 | 0.60 | $240.00 | Billable |
| 9/7/2017 1009681 | HP Time E-mail to Defense counsel re: mediation; Telephone conference with Defense counsel re: mediation and settlement demand (18 minutes); E-mail exchange with Defense counsel re: settlement. | 400.00 | 0.60 | $240.00 | Billable |

10/10/2017                                        Spivak Lipton LLP
4:11 PM                                          Pre-Bill Worksheets                                    Page        8

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------------|---------------|----------------|----------------|-------|
| 9/8/2017 1009708 | HP Time Telephone conference with client; E-mails with Defense counsel re: settlement. | 400.00 | 0.70 | $280.00 | Billable |
| 9/8/2017 1010656 | MR Time Translated on conference call with Hope Pordy and Eleazar Dolores. | 100.00 | 0.30 | $30.00 | Billable |
| 9/9/2017 1009760 | HP Time E-mail to Defense counsel re: settlement; Review Defendant's records in response to Defendant's revised counter. | 400.00 | 0.30 | $120.00 | Billable |
| 9/11/2017 1009761 | HP Time Multiple e-mails with Defense counsel re: settlement; Telephone conference with client re: settlement; Intra-office conference with M. Rodriguez; Review e-mail from DCA re: sick leave complaint. | 400.00 | 1.20 | $480.00 | Billable |
| 9/11/2017 1010657 | MR Time Telephone call and e-mail with Defense counsel re: information for settlement purposes. | 100.00 | 0.40 | $40.00 | Billable |
| 9/12/2017 1009983 | HP Time E-mail exchange with Mediator re: settlement; Letter to Court re: settlement in principle; Review ECF Notice re: submission of settlement papers. | 400.00 | 0.70 | $280.00 | Billable |
| 9/14/2017 1010038 | HP Time E-mail exchange with Defense counsel re: status of settlement agreement. | 400.00 | 0.10 | $40.00 | Billable |
| 9/15/2017 1010525 | HP Time Review e-mail from Defense counsel and proposed draft Settlement Agreement. | 400.00 | 0.50 | $200.00 | Billable |
| 9/18/2017 1010039 | HP Time Review and revise proposed Settlement Agreement; E-mails with C. Morgan re: revised damages calculations; Research re: Medicare waiver. | 400.00 | 0.70 | $280.00 | Billable |
| 9/20/2017 1010658 | CM Time Create settlement breakdown; E-mails with Hope Pordy re: same. | 100.00 | 0.30 | $30.00 | Billable |

10/10/2017                                    Spivak Lipton LLP
4:11 PM                                       Pre-Bill Worksheets
                                                                                    Page      9

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/20/2017 1010749 | HP Time Revise Settlement Agreement. | 400.00 | 1.00 | $400.00 | Billable |
| 9/21/2017 1010542 | HP Time Voice-mail exchange with Defense counsel re: Magistrate. | 400.00 | 0.10 0.10 | $40.00 $40.00 | Do Not Bill |
| 9/27/2017 1010611 | HP Time E-mail to Defense counsel re: status of Settlement Agreement. | 400.00 | 0.10 | $40.00 | Billable |
| 9/29/2017 1010641 | HP Time Review ECF Notice re: referral to Magistrate; E-mails with Defense counsel re: status of settlement and letter to Court. | 400.00 | 0.30 | $120.00 | Billable |
| 10/2/2017 1011256 | HP Time Multiple e-mails with defendants counsel re: settlement; Prepare letter to Court re: no referral to Magistrate; E-mail with Mediator. | 400.00 | 1.00 | $400.00 | Billable |
| 10/3/2017 1011257 | HP Time Draft joint letter for approval of settlement & prepare Attorney Fee Affidavit; Review revised Settlement agreement; Multiple e-mail with defendant counsel re: settlement terms; Draft letter to Judge Wood re: extension of time to submit settlement agreement. | 400.00 | 2.50 | $1,000.00 | Billable |
| 10/4/2017 1011258 | HP Time Review ECF Notice & Court order re: due date for settlement papers. | 400.00 | 0.10 | $40.00 | Billable |
| 10/5/2017 1011259 | HP Time E-mail to Defendant's counsel re: draft joint letter. | 400.00 | 0.50 | $200.00 | Billable |
| Total: none | Do Not Bill | | 66.05 4.23 | $1,633.33 | $18,185.00 |
| TOTAL | Billable Fees Do Not Bill | | 66.05 4.23 | $1,632.00 | $18,185.00 |

10/10/2017
4:11 PM

Spivak Lipton LLP
Pre-Bill Worksheets

Page     10

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Disbursement | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| **Nickname 1: none** | | | | | |
| 5/22/2017 1000842 | Disbursements Printing Print/copy | $0.10 | 21.000 | $2.10 | Billable |
| 6/2/2017 1007439 | Disbursements Filing Fee | $400.00 | 1.000 | $400.00 | Billable |
| 6/7/2017 1003666 | Disbursements Printing Print/copy | $0.10 | 150.000 | $15.00 | Billable |
| 6/7/2017 1003667 | Disbursements Printing Print/copy | $0.10 | 8.000 | $0.80 | Billable |
| 6/7/2017 1003668 | Disbursements Printing Print/copy | $0.10 | 50.000 | $5.00 | Billable |
| 6/7/2017 1003669 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | Billable |
| 6/7/2017 1003670 | Disbursements Printing Print/copy | $0.10 | 7.000 | $0.70 | Billable |
| 6/7/2017 1003671 | Disbursements Printing Print/copy | $0.10 | 7.000 | $0.70 | Billable |
| 6/7/2017 1003675 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | Billable |
| 6/7/2017 1003676 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | Billable |
| 6/7/2017 1003678 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | Billable |
| 6/7/2017 1003702 | POSTAGE Postage Postage | $7.67 | 1.000 | $7.67 | Billable |
| 6/20/2017 1004921 | Disbursements Process Service | $69.03 | 1.000 | $69.03 | Billable |

10/10/2017
4:11 PM

Spivak Lipton LLP
Pre-Bill Worksheets

Page     11

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Disbursement | Price Markup % | Quantity | Amount | Total | |
|---|---|---|---|---|---|---|
| 6/20/2017 1004922 | Disbursements Process Service | $67.00 | 1.000 | $67.00 | | Billable |
| 6/21/2017 1004920 | Disbursements Process Service | $105.00 | 1.000 | $105.00 | | Billable |
| 6/26/2017 1003918 | Disbursements Printing Print/copy | $0.10 | 2.000 | $0.20 | | Billable |
| 6/26/2017 1003919 | Disbursements Printing Print/copy | $0.10 | 2.000 | $0.20 | | Billable |
| 6/26/2017 1003920 | Disbursements Printing Print/copy | $0.10 | 3.000 | $0.30 | | Billable |
| 6/26/2017 1003921 | Disbursements Printing Print/copy | $0.10 | 2.000 | $0.20 | | Billable |
| 6/26/2017 1003923 | Disbursements Printing Print/copy | $0.10 | 11.000 | $1.10 | | Billable |
| 6/26/2017 1003924 | Disbursements Printing Print/copy | $0.10 | 6.000 | $0.60 | | Billable |
| 6/26/2017 1003925 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | | Billable |
| 6/26/2017 1003928 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | | Billable |
| 6/30/2017 1007440 | Disbursements Pacer Service | $6.90 | 1.000 | $6.90 | | Billable |
| 7/26/2017 1005620 | Disbursements Printing Print/copy | $0.10 | 30.000 | $3.00 | | Billable |
| 7/26/2017 1005623 | Disbursements Printing Print/copy | $0.10 | 15.000 | $1.50 | | Billable |

10/10/2017
4:11 PM

Spivak Lipton LLP
Pre-Bill Worksheets

Page    12

Tal Bagels (nr):Tal's Bagels (continued)

| Date ID | Attorney Disbursement | Price Markup % | Quantity | Amount | Total | |
|---------|----------------------|----------------|----------|--------|-------|---|
| 7/26/2017 1005964 | Disbursements Printing Print/copy | $0.10 | 30.000 | $3.00 | | Billable |
| 7/26/2017 1005967 | Disbursements Printing Print/copy | $0.10 | 15.000 | $1.50 | | Billable |
| 8/11/2017 1008579 | Disbursements Printing Print/copy | $0.10 | 20.000 | $2.00 | | Billable |
| 8/11/2017 1008580 | Disbursements Printing Print/copy | $0.10 | 1.000 | $0.10 | | Billable |
| 8/15/2017 1008589 | Disbursements Printing Print/copy | $0.10 | 30.000 | $3.00 | | Billable |

| | | | | | |
|---|---|---|---|---|---|
| Total: none | | | | | $697.20 |
| TOTAL | Billable Costs | | | | $697.20 |

| | Amount | Total |
|---|--------|-------|
| Total of Fees (Time Charges) | | $18,185.00 |
| Total of Costs (Expense Charges) | | $697.20 |
| Total new charges | | $18,882.20 |

## Attorney Summary

| Attorney | Rate | Hours | Charges | Slip Value | Adjustment |
|----------|------|-------|---------|-----------|-----------|
| HP | $400.00 | 38.60 | $15,440.00 | $15,440.00 | $0.00 |
| CM | $100.00 | 5.30 | $530.00 | $530.00 | $0.00 |
| MR | $100.00 | 22.15 | $2,215.00 | $2,215.00 | $0.00 |